## 22417.  HALL v. THE STATE.

BROYLES, C. J.  1. The venue of the offense was sufficiently proved.

2. The verdict was demanded by the evidence and the statement of the defendant to the jury, and, therefore, any error in the charge of the court was harmless.  Accordingly, the ground of the motion for a new trial, alleging error in an excerpt from the charge, will not be passed upon. The refusal to grant a new trial was not error.

*Judgment affirmed. Luke, J., concurs.  Hooper, J., concurs in the judgment.*

DECIDED AUGUST 31, 1932.

*P. Z. Geer,* for plaintiff in error.

*B. T. Castellow, solicitor-general, Bond Almand,* contra.

## 22418.  STANTON v. THE STATE.

BROYLES, C. J.  The evidence authorized the defendant's conviction of the offense charged (selling whisky), and the court did not err in overruling his motion for a new trial, based upon the usual general grounds only.  *Judgment affirmed.  Luke and Hooper, JJ., concur.*